

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22  |  T 646.499.3818
NEW YORK, NEW YORK 10016  |  F 646.499.3814
carla@carlasandersonlaw.com  |  carlasandersonlaw.com

October 11, 2020

**BY ECF**
The Honorable Judge Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: October 13, 2020

RE:   *United States v. George Wilcox*
      20 Cr. 397 (PGG)

Dear Judge Gardephe,

   I represent George Wilcox in the above captioned case. As a condition of his pretrial release, Mr. Wilcox is subject to a curfew and electronic monitoring by Pretrial Services. Mr. Wilcox has an MRI scheduled for October 14, 2020 that will require the temporary removal of his ankle bracelet. I have provided Pretrial Services Officer Joshua Rothman a copy of a letter from Mr. Wilcox's physician requesting the removal of his ankle bracelet to enable him to undergo diagnostic imaging. Accordingly, I respectfully request the Court permit the temporary removal of Mr. Wilcox's ankle bracelet, pursuant to arrangements to be made with Pretrial Services, for his October 14, 2020 MRI.

   The Government (by AUSA Rebecca Dell) and Pretrial Services (by Joshua Rothman) do not object to this request.

Respectfully submitted,

/s/
_____
Carla Sanderson