UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

GEORGE WILCOX,

                Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The hearing currently scheduled for May 14, 2021 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
       May 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge